

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:     Team Industrial Services, Inc. v. Kelli Most, Individually and as
Personal Representative of the Estate of Jesse Henson

Appellate case number:   01-22-00313-CV

Trial court case number:  18-DCV-256883

Trial court:              268th District Court of Fort Bend County

On June 27, 2022, court reporter Marisol Ramos filed a motion for extension of time to file the reporter's record, requesting an additional month in which to prepare the record.

The motion is **granted**.  The reporter's record is due July 27, 2022.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
Acting individually

Date: July 7, 2022